HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL GEROLD SPARKS,<br><br>        Plaintiff,<br><br>  v.<br><br>CLEARWIRE/VERIZON, et al.,<br><br>        Defendants. | CASE NO. C14-5458 RBL<br><br>ORDER DENYING MOTION FOR LEAVE TO PROCEED IFP |

THIS MATTER is before the Court on pro se Plaintiff Sparks' Application for leave to proceed in forma pauperis. [Dkt. #1]

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis*

1 complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Sparks' complaint does not meet this standard. It is almost unintelligible, and it is not at all clear who he is suing, for what. He names only Clearwire/Verizon and Godaddy.com as defendants, but then asks the court to put a number of his relatives in jail for stealing his money. He also appears to complain about the NSA. There is no indication that this Court has jurisdiction over the claims he asserts: "this occurred in Washington" is not a sufficient invocation of this court's subject matter jurisdiction.

For these reasons, the Plaintiff's application to proceed *in forma pauperis* is DENIED. Plaintiff should pay the filing fee, or file an amended complaint, within 15 days of the date of this Order, or the case will be dismissed. Any amended complaint should state in clear terms who is being sued for doing what, when, and why the conduct is the basis for a legal action in this Court.

IT IS SO ORDERED.

Dated this 18th day of June, 2014.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE